IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § § Plaintiff, § § CIVIL ACTION NO.: 4:21-mc-00007-MW-MAF vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | |

**WRIT OF GARNISHMENT**

**TO GARNISHEE:**   TD Bank, National Association
c/o United States Corporation Company
1201 Hays Street
Tallahassee, FL 32301-2525

TO SPECIALLY APPOINTED PROCESS SERVER:

YOU ARE COMMANDED to summon the garnishee, TD Bank, National Association, to serve an answer to this writ on J. Stephen Simms, Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030, Plaintiff's attorneys, within twenty (20) days after the service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendant IChor Oil, LLC at the time of the answer, or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount of the judgment is $521,265.10.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE AMOUNT OF $521,265.10.

Dated: August 25, 2021.



JESSICA J. LYUBLANOVITS
CLERK OF THE COURT

By: s/ *Victoria Milton McGee*
      Deputy Clerk