**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAN-BUNKERING (AMERICA), INC.,**

    **Plaintiff,**

v.                                       Case No. 4:21-mc-07-MW-MAF

**ICHOR OIL LLC,**

    **Defendant,**

v.

**TD BANK NATIONAL ASSOCIATION,**

    **Garnishee.**

_____/

## ORDER CLOSING CASE

A Clerk's Certification of a Judgment to be Registered in Another District was filed on August 17, 2021. ECF No. 1. Judgment Creditor Dan-Bunkering (America), Inc., filed an application for a post-judgment writ of garnishment, ECF No. 6, and the writ was issued, ECF No. 7, on August 25, 2021. On September 1, 2021, Garnishee filed an answer advising that no account was subject to the writ of garnishment. ECF No. 8. Additionally, the Garnishee requested payment of $100 as partial payment

of attorneys' fees incurred in responding to the writ pursuant to Section 77.28, Florida Statutes. *Id.*

Plaintiff did not file an answer within 20 days, *see* FLA. STAT. § 77.061, and the writ of garnishment was dissolved on September 24, 2021. ECF No. 9. Plaintiff has now filed a notice of compliance, ECF No. 10, indicating $100.00 was paid to counsel for the Garnishee. Accordingly, this case may now be closed.

Accordingly, it is **ORDERED** that because the writ of garnishment, ECF No. 7, has previously been dissolved, *see* ECF No. 9, and Plaintiff has now reimbursed Garnishee costs for attorneys' fees, the Clerk of Court shall now administratively close this case.

**DONE AND ORDERED** on October 12, 2021.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:21-mc-07-MW-MAF